UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | ORDER |
| | : | |
| KLEIN MORALES | : | CR. NO.  3:08-CR-872-01 (FLW) |
| Defendant | : | |

The financial inability of the defendant to retain counsel not having been established by the Court, but the defendant seeking counsel for today's purposes only, and the defendant not having waived the appointment of counsel,

It is on this 29 th   day of  January, 2015,

ORDERED that Richard Coughlin, Federal Public Defender (Brian Reilly, AFPD) for the District of New Jersey is  hereby appointed to represent said defendant for the purposes of today's appearance.

   S/Freda L. Wolfson
**FREDA L. WOLFSON**
**UNITED STATES DISTRICT JUDGE**

cc:  Federal Public Defender